BEFORE THE SECOND DIVISION, FEBRUARY 16, 1949

No. 52881.—W. T. Grant Co. v. United States, protests 514230–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.